# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL E. RODGERS, : | |
| **Plaintiff** : | |
| : | No. 1:20-CV-2115 |
| v. : | |
| : | Judge Rambo |
| PENNSYLVANIA STATE POLICE, : | |
| JEFFREY STINE, DEAN SHIPE, SCOTT : | **Electronically Filed Document** |
| DENISCH, SEAN MOYER, MARK : | |
| MAGYAR AND JOHN DOES, : | *Complaint Filed 11/13/20* |
| : | |
| **Defendants** : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Pennsylvania State Police, Troopers Jeffrey Stine, Dean Shipe, Scott Denisch, Sean Moyer, and Mark Magyar (collectively, "PSP Defendants"), by and through their counsel, hereby file this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Summary judgment should be entered in Defendants' favor, because there are no material facts in genuine dispute and they are entitled to judgment as a matter of law. Defendants are contemporaneously filing a supporting brief and statement of material facts.

WHEREFORE, Defendants request that their Motion for Summary Judgment be granted, and judgment be entered in their favor, and against Plaintiff.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

By: *s/ Daniel P. McGannon*
DANIEL P. MCGANNON
Deputy Attorney General
Pa Bar No:: 309357

Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17101
Phone: (717) 775-5176

KAREN M. ROMANO
Chief Deputy Attorney General
Civil Litigation Section

dmcgannon@attorneygeneral.gov

Date: October 13, 2022

Counsel for PSP, Strine, Shipe, Denisch, Moyer, and Magyar

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH SPRIGGLE,** | : | |
| Plaintiff | : | No. 3:18-CV-1136 |
| | : | |
| v. | : | Judge Wilson |
| | : | |
| **CO MICHAEL LEVEBRE** *and* **SGT. MCCULLOUGH**, | : | Electronically Filed Document |
| | : | |
| Defendants | : | *Complaint Filed 06/04/18* |

## CERTIFICATE OF SERVICE

I, Daniel McGannon, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 13, 2022, I caused to be served a true and correct copy of the foregoing document to the following:

                                                                  Respectfully submitted,

                                                                  JOSH SHAPIRO
                                                                  Attorney General

                                         By:   *s/ Daniel P. McGannon*
                                                                 DANIEL P. MCGANNON

Office of Attorney General                         Deputy Attorney General
Strawberry Square, 14th Floor                    Pa Bar No:: 309357
Harrisburg, PA 17101
Phone: (717) 775-5176                             KAREN M. ROMANO
                                                                 Chief Deputy Attorney General
dmcgannon@attorneygeneral.gov             Civil Litigation Section

Date:  October 13, 2022                            Counsel for PSP, Strine, Shipe, Denisch, Moyer, and Magyar