IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARL E. RODGERS,** | : | **Civil No. 1:20-CV-2115** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PENNSYLVANIA STATE POLICE,** | : | |
| **JEFFREY STINE, DEAN SHIPE,** | : | |
| **SCOTT DENISCH, SEAN MOYER,** | : | |
| **MARK MAYGAR and JOHN DOES,** | : | |
| | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 28th day of March, 2024, upon consideration of Defendants'
motion for summary judgment (Doc. 39), and in accordance with the accompanying
memorandum of law, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendants
and against Plaintiff, and to close this case.

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge